**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**v.**                                                     **Case No.: PWG-13-3398**

**MELINA ALI,**

   **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On November 11, 2014, I granted the United States' Petition to Enforce Summons in part and denied it in part. ECF No. 25. On March 29, 2016, I issued a Memorandum Opinion and Order holding Defendant Melina Ali in civil contempt for failing to comply with that Order and further ordered her to make daily $500.00 payments until she purges herself of the contempt. ECF No. 51. Ali appealed that Order to the United States Court of Appeals for the Fourth Circuit. ECF No. 57. The appeal is still pending.

Accordingly, the Parties are this 15th day of February, 2017, ORDERED to SHOW CAUSE why this case should not be administratively closed until such time as (1) the Fourth Circuit decides the appeal; or (2) the United States seeks further relief in this Court with respect to the contempt Order. The Parties shall respond simultaneously in filings of no more than ten pages on or before March 1, 2017.

                                                                       /S/
                                                      Paul W. Grimm
                                                      United States District Judge