IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 13-3398-PWG |
| MELINA ALI, | ) | |
| | ) | |
| Respondent. | ) | |

## UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE

The United States does not oppose the administrative closure of this case until such time

as (1) the Fourth Circuit decides the appeal; or (2) the United States seeks further relief in this

Court with respect to the contempt Order.

DATE:  March 1, 2017

ROD J. ROSENSTEIN
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/Kavitha Bondada
KAVITHA BONDADA
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: 202.307.6536
Fax: 202.514.6866
Email: kavitha.bondada@usdoj.gov
*Counsel for the United States*

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the United States' RESPONSE has been

made on March 1, 2017, via the CM/ECF system, to the following:

Michael S. Rothman
401 E. Jefferson, #201
Rockville, MD 20850
mike@mikerothman.com
*Attorney for Respondent Melina Ali*

Sonali Patel
JG Tax Group
1430 S. Federal Hwy., Suite 301
Deerfield Beach, FL 33441
sonali@jgtaxgroup.com
*Attorney for Respondent Melina Ali*

Daniel A. Bushell
Bushell Appellate Law PA
101 NE 3rd Avenue
Suite 1100
Fort Lauderdale, FL 33301
*Attorney for Respondent Melina Ali*

/s/Kavitha Bondada
KAVITHA BONDADA

2