**IN THE UNITED STATES DISTRICT COURT**
**<u>FOR THE DISTRICT OF MARYLAND</u>**
*Southern Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Petitioner, | * | |
| v. | * | **Case No.: PWG-13-3398** |
| **MELINA ALI,** | * | |
| RESPONDENT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

It is hereby ORDERED this 7th day of <u>March</u>, <u>2017</u>, that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this case. The case shall remain closed until such time as (1) the United States Court of Appeals for the Fourth Circuit issues a mandate in the appeal of this case, which is currently before it; or (2) either party seeks further relief with respect to the contempt Order I issued on March 29, 2016, ECF No. 51.

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　Paul W. Grimm
　　　　　　　　　　　　　　　　　　United States District Judge